ACCEPTED
14-14-00807-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/26/2015 3:54:27 PM
CHRISTOPHER PRINE
CLERK

# PEREZ & WILSON, Inc.

*Attorneys at Law*

Symphony Towers
750 B Street, 33rd Floor
San Diego, CA 92101

619.702.8044
619.460.0437 *facsimile*
www.perezwilson.com

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

11/26/2015 3:54:27 PM

CHRISTOPHER A. PRINE
Clerk

November 26, 2015

## VIA ELECTRONIC FILING

Christopher A. Prine, Clerk
Fourteenth Court of Appeals
301 Fannin, Room 245
Houston, Texas 77002

Re:  *The Petroleum Workers Union of the Republic of Mexico v. James B. Gomez, as Receiver for Arriba Limited*; in the Fourteenth Court of Appeals, Texas; **Texas Court of Appeals Case No. 14-14-00807-CV**

Dear Mr. Prine:

We received notice that oral argument in this matter has been scheduled for December 3, 2015 at 1:30 p.m. Michael J. Pérez will argue for James Gomez, as Receiver for Arriba Limited, as the Appellee. Jeffrey A. Feasby will argue for James Gomez, as Receiver for Arriba Limited, as Cross-Appellant.

Very truly yours,

/s/ Michael J. Pérez

Michael J. Pérez
of
PEREZ & WILSON

cc:  Steven Ward Williams, Esq.
Jeffrey A. Feasby, Esq.
Paul Simon, Esq.
Michael Choyke, Esq.
Carlos Ryerson, Esq.

SAN DIEGO  ▪  DEL MAR